**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Dustin Allen DIMMICK, Defendant–**
**Appellant.**

No. 15–2904.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 1, 2016.

Filed: March 4, 2016.

Shawn Wehde, U.S. Attorney's Office, Sioux City, IA, for Plaintiff–Appellee.

Dustin Allen Dimmick, Sioux Falls, SD, pro se.

Jim K. McGough, McGough Law, P.C., Omaha, NE, for Defendant–Appellant.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Dustin Allen Dimmick directly appeals the sentence imposed by the district court [1] after he pleaded guilty to being a felon in possession of firearms. His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

arguing that Dimmick was incompetent to plead guilty because he was not provided access to a law library. We conclude that access to legal materials was not required because Dimmick was represented by counsel. *Cf. Bounds v. Smith,* 430 U.S. 817, 828, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1977) (inmate must have access either to adequate law library or to persons trained in law); *Bear v. Kautzky,* 305 F.3d 802, 806 (8th Cir.2002) (there is no one prescribed method of ensuring inmate access to courts). We have reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District

of Iowa.